

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 27, 2013**

**United States Bankruptcy Judge**

_____

BTXN 060 (rev. 10/13)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
David William Knight § Case No.: 13−70409−hdh13
 § Chapter No.: 13
 Debtor(s) §

### ORDER DISMISSING CASE

**The Debtor(s), having been given notice that this case would be dismissed upon the failure to timely file:**

- ☐ Pay the required filing fee in installments as directed in the Order regarding the Application to Pay Filing Fee in Installments, or Order denying/revoking the Application for Waiver of the Chapter 7 Filing Fee.
- ☐ List of creditors required to be filed with the petition by N.D.TX L.B.R. 1007−1(a) **within 48 hours** from the issuance of the Notice Requiring Missing Documents
- ☒ Schedules A−J pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition
- ☒ Statement of Financial Affairs pursuant to Fed. R. Bankr. P. 1007(c) **within 14 days** of the filing of the Petition
- ☒ Plan/Plan Summary pursuant to Fed. R. Bankr. P. 3015 **within 14 days** of the filing of the Petition
- ☒ Authorization for Pre−Confirmation Disbursement pursuant to General Order 2010−01 **within 14 days** of the filing of the Petition
- ☐ Attorney Fee Disclosure **within 14 days** of the date of the filing of the petition
- ☐ List of twenty largest unsecured creditors **within 48 hours** of the date of the filing of the petition

page 2

- ☐ Social Security/Tax ID number **within 48 hours** from the issuance of the Notice Requiring Missing Documents
- ☐ Form B21 **within 48 hours** of the date of the petition
- ☒ Statistical Summary/Summary of Schedules (Official Form 6) not provided at the time of filing. Official Form 6 must be filed **within 14 days** of the date of the filing of the petition
- ☐ Exhibit D not provided with the petition at time of filing. An amended petition including Exhibit D must be filed **within 3 days** from the issuance of the Notice of deficiency
- ☐ Certificate of completion from an approved credit counseling course completed **within 180 days** of the date of the filing of the petition
- ☒ Copies of employee income records **within 14 days** of the date of the filing of the petition
- ☒ Statement of Current Monthly Income **within 14 days** of the date of the filing of the petition
- ☐ Chapter 15 Service List **within 14 days** of the date of the filing of the petition
- ☐ Cash Flow Statement **within 7 days** of the date of the filing of the petition
- ☐ Balance Sheet **within 7 days** of the date of the filing of the petition
- ☐ Statement of Operations **within 7 days** of the date of the filing of the petition
- ☐ All required documents pursuant to 11 U.S.C. § 521 **within 45 days** of the filing of the petition
- ☐ Other:

**Pursuant to General Order 2010–01, and the Trustee having certified that the Debtor(s):**

- ☐ Did not pay the first payment specified in the Debtor's Preliminary Plan to the Trustee **within 45 days** of the filing of the Petition
- ☐ Did not pay to the Trustee when due, any pre−confirmation Payment (except the first) specified in the Debtor's Preliminary Plan. (See General Order 2010–01(3)(e))
- ☐ Failed to attend the Section 341 Meeting of Creditors and/or Debtor's Seminar
- ☐ Did not pay to the Trustee when due, any post−confirmation Payments specified in the Debtor's Confirmed Final Plan.

**ORDERED** that this case is **DISMISSED**; and it is further

**ORDERED** that this Order shall not be deemed a bar to refiling under 11 U.S.C. §109(g).

The above styled and numbered case will be closed 21 days after the entry of this order provided that it is a single debtor case or a joint debtor case and both debtors are dismissed.

# # # End of Order # # #